THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHIRLEY CRAFT and BILL CRAFT,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JONATHAN PARSONS and ROSIE PARSONS, and their marital community; 1st OPTION FINANCE LLC; RICHARD MAYFIELD and VICKI ANN MAYFIELD, and their marital community; F.F.R. ENTERPRIZE LLC; DAVID ALLEN WALDEN and JANE DOE WALDEN and their marital community; WALDEN MORTGAGE LLC; JOHN TOLER and JANE DOE TOLER and their marital community; and DOE DEFENDANTS 1 through 10, inclusive,<br><br>　　　　Defendants. | NO.   3:07-CV-05652 KLS<br><br>STIPULATION AND ORDER TO VACATE DEFAULT OF DEFENDANTS TOLER |

**STIPULATION**

COME NOW the PLAINTIFFS, SHIRLEY CRAFT and BILL CRAFT, by and through their attorney of record, KENNETH GORTON, ATTORNEY AT LAW and the DEFENDANTS, JOHN TOLER and JANE DOE TOLER; and their marital community, by and through their attorney of record, CLINT P. JOHNSON

STIP & ORDER TO VACATE DEFAULT RE
DEFENDANTS TOLER - 1
H:\CRAFT - STIP & ORDER.DOC

**FAUBION, JOHNSON
& REEDER, P.S.**
ATTORNEYS AT LAW
5920 100TH STREET S.W.,
SUITE 25
LAKEWOOD, WA 98499
(253) 581-0660

1
2
3    of FAUBION, JOHNSON & REEDER, P.S., and upon agreement of the
4    parties hereby stipulate to the entry of an Order Vacating the Order
5    of Default Against Defendants Toler entered December 28, 2007.
6    STIPULATED TO this **24th** day of **March, 2008**.
7
8                                    FAUBION, JOHNSON & REEDER, P.S.
9
10                                   By /s/ Clint P. Johnson
                                        CLINT P. JOHNSON, WSBA #14794
11                                      Of Attorneys for Defendants Toler
12
13   STIPULATED TO this **24th** day of **March**, 2008.
14
15                                   KENNETH GORTON - ATTORNEY AT LAW
16
17                                   By     /s/    Kenneth    B.    Gorton
18                                       KENNETH B. GORTON, WSBA #35797
                                         Of Attorneys for Plaintiffs
19
20                                   **ORDER**
21   THIS MATTER coming on before the above-entitled Court upon the
22   stipulation of the parties; the PLAINTIFFS, SHIRLEY CRAFT and BILL
23   CRAFT, appearing by and through their attorney of record, KENNETH B.
24   GORTON, ATTORNEY AT LAW, and the DEFENDANTS, JOHN TOLER and JANE DOE
25   TOLER, and their marital community; appearing by and through their
     attorney of record, CLINT P. JOHNSON of the law firm of FAUBION, JOHNSON
     & REEDER, P.S., and the parties having agreed and stipulated to an Order

STIP & ORDER TO VACATE DEFAULT RE
DEFENDANTS TOLER - 2
H:\CRAFT - STIP & ORDER.DOC

**FAUBION, JOHNSON & REEDER, P.S.**
ATTORNEYS AT LAW
5920 100TH STREET S.W.,
SUITE 25
LAKEWOOD, WA 98499
(253) 581-0660

Vacating the Order of Default Against Defedants Toler dated December 28, 2007; the Court having considered the pleadings and records and files herein, and being fully advised in the premises, NOW THEREFORE, it is hereby

ORDERED that an Order Vacating the Order of Default Against Defendants Toler dated December 28, 2007, be entered.

DATED this 26th day of March, 2008.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

PRESENTED BY:

FAUBION, JOHNSON & REEDER, P.S.

By  /s/ Clint P. Johnson

   CLINT P. JOHNSON, WSBA# 14794
   Of Attorneys for Defendants Toler

APPROVED AS TO FORM;
NOTICE OF PRESENTATION WAIVED.

By /s/ Kenneth B. Gorton
   KENNETH B. GORTON, WSBA #35797
   Of Attorneys for Plaintiffs

STIP & ORDER TO VACATE DEFAULT RE
DEFENDANTS TOLER - 3
H:\CRAFT - STIP & ORDER.DOC

**FAUBION, JOHNSON & REEDER, P.S.**
ATTORNEYS AT LAW
5920 100TH STREET S.W.,
SUITE 25
LAKEWOOD, WA 98499
(253) 581-0660