# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **SHIRLEY CRAFT and BILL CRAFT,**<br><br>Plaintiffs,<br><br>vs.<br><br>**JONATHAN PARSONS and ROSE PARSONS, and their marital community; 1st OPTION FINANCE LLC; RICHARD MAYFIELD and VICKI ANN MAYFIELD, and their marital community; F.F.R. ENTERPRIZE LLC; DAVID ALLEN WALDEN and JANE DOE WALDEN, and their marital community; WALDEN MORTGAGE LLC; JOHN TOLER and JANE DOE TOLER, and their marital community; and DOE DEFENDANTS 1 through 10, inclusive,**<br><br>Defendants. | NO. C07-5652KLS<br><br><br><br>STIPULATED ORDER TO DISMISS PLAINTIFF BILL CRAFT |

STIPULATED ORDER TO DISMISS
PLAINTIFF BILL CRAFT
(C07-5652 KLS) - PAGE 1 OF 3

McFERRAN, BURNS & STOVALL, P.S.
3906 South 74th Street
Tacoma, Washington 98409
Telephone: (253) 471-1200
Facsimile: (253) 284-3855

**STIPULATION**

COME NOW the parties herein, through their respective counsel of record, and hereby stipulate to the dismissal of BILL CRAFT as a party Plaintiff in the above-captioned action.

DATED this \_\_\_\_ day of June, 2008.

McFERRAN, BURNS & STOVALL, P.S.

By: _____    By: _____
    Justin D. Bristol, WSBA No. 29820      Kenneth B. Gorton, WSBA No. 35797
    Attorney for Defendants      Attorney for Plaintiffs

MILLER, QUINLAN & AUTER, P.S.

By: _____    By: _____
    John A. Miller, WSBA No. 5741      Richard D. Brady, WSBA No. 24053
    Attorney for Defendants Walden &      Attorney for Plaintiffs
    Walden Mortgage, LLC

**ORDER**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that BILL CRAFT is hereby dismissed WITHOUT PREJUDICE as a party Plaintiff in the above-entitled action.

DATED this 4TH day of August, 2008.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

STIPULATED ORDER TO DISMISS
PLAINTIFF BILL CRAFT
(C07-5652 KLS) - PAGE 2 OF 3

McFERRAN, BURNS & STOVALL, P.S.
3906 South 74th Street
Tacoma, Washington 98409
Telephone: (253) 471-1200
Facsimile: (253) 284-3855

| Presented by: | Approved as to form and notice of presentment waived: |
|---|---|
| McFERRAN, BURNS & STOVALL, P.S. | |

By: ___s/_____
    Justin D. Bristol, WSBA No. 29820
    Attorney for Defendants

By: _____
    Kenneth B. Gorton, WSBA No. 35797
    Attorney for Plaintiffs

MILLER, QUINLAN & AUTER, P.S.

By: ___s/_____
    John A. Miller, WSBA No. 5741
    Attorney for Defendants Walden &
    Walden Mortgage, LLC

By: _____
    Richard D. Brady, WSBA No. 24053
    Attorney for Plaintiffs

STIPULATED ORDER TO DISMISS
PLAINTIFF BILL CRAFT
(C07-5652 KLS) - PAGE 3 OF 3

McFERRAN, BURNS & STOVALL, P.S.
3906 South 74th Street
Tacoma, Washington 98409
Telephone: (253) 471-1200
Facsimile: (253) 284-3855