# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **SHIRLEY CRAFT,** | NO. C07-5652KLS |
| Plaintiffs, | |
| vs. | ORDER GRANTING MOTION TO EXTEND DISCOVERY CUTOFF PURSUANT TO FRCP 29(b) |
| **JONATHAN PARSONS and ROSE PARSONS, and their marital community; 1st OPTION FINANCE LLC; RICHARD MAYFIELD and VICKI ANN MAYFIELD, and their marital community; F.F.R. ENTERPRIZE LLC; DAVID ALLEN WALDEN and JANE DOE WALDEN, and their marital community; WALDEN MORTGAGE LLC; JOHN TOLER and JANE DOE TOLER, and their marital community; and DOE DEFENDANTS 1 through 10, inclusive,** | NOTE ON MOTION CALENDAR: August 1, 2008 |
| Defendants. | |

THIS MATTER having come on regularly for hearing this day upon the motion of Defendants Mayfield, Parsons and F.F.R. Enterprize, LLC, through their counsel of record, for extension of the discovery cutoff from August 19, 2008 to September 19,

ORDER GRANTING MOTION TO EXTEND
DISCOVERY CUTOFF (C07-5652
RJB) - PAGE 1 OF 2

2008; and the court having reviewed the records and files and being fully advised in the premises; it is hereby:

ORDERED, ADJUDGED AND DECREED that the discovery cutoff in the above-referenced matter shall be extended to and including **September 19, 2008.**

DATED this 4th day of August, 2008.

_Karen L. Strombom_
Karen L. Strombom
United States Magistrate Judge

Presented by:

McFERRAN, BURNS & STOVALL, P.S.

By: _____
    Justin D. Bristol, WSBA No. 29820
    Attorney for Defendants

Approved as to form, notice of presentment waived:

By: _____
    Kenneth B. Gorton, WSBA No. 35797
    Attorney for Plaintiffs

Approved as to form, notice of presentment waived:

MILLER, QUINLAN & AUTER, P.S.

By: _____
    John A. Miller, WSBA No. 5741
    Attorney for Defendants Walden & Walden Mortgage, LLC

Approved as to form, notice of presentment waived:

By: _____
    Richard D. Brady, WSBA No. 24053
    Attorney for Plaintiffs

_____
John Toler, pro se defendant

O:\CLIENTS\26000\26095 F.F.R\DISCOVERY\extend-order.doc

ORDER GRANTING MOTION TO EXTEND
DISCOVERY CUTOFF (C07-5652
RJB) - PAGE 2 OF 2