UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHIRLEY CRAFT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN PARSONS and ROSIE PARSONS, and their marital community; 1st OPTION FINANCE LLC; RICHARD MAYFIELD and VICKI ANN MAYFIELD, and their marital community; F.F.R. ENTERPRIZE LLC; DAVID ALLEN WALDEN and JANE DOE WALDEN and their marital community; WALDEN MORTGAGE, LLC; JOHN TOLLER and JANE DOE TOLLER and their marital community; and DOE DEFENDANTS 1 through 10 inclusive,<br><br>　　　　　　Defendants. | CASE NO. 07-5652 KLS<br><br>ORDER DENYING SETTLEMENT CONFERENCE IN LIEU OF 39.1 MEDIATION |

This matter comes before the Court on stipulation of counsel seeking an early settlement conference with Chief Magistrate Judge J. Kelley Arnold in lieu of holding the 39.1 Mediation as required in this Court's scheduling order. (Dkt. #57).

The reason provided the Court as to why a Magistrate Judge should conduct the settlement conference is as follows: "Plaintiff and Counsel for the Defendants have each reviewed the Court's

Order Denying Motion for Settlement Conference
in Lieu of 39.1 Mediation
Page - 1

roster of 39.1 mediators and, because of conflicts or otherwise, are unable to identify a mediator that is satisfactory to all of the Parties."

The undersigned notes that the list of 39.1 mediators for the Western District of Washington contains 185 attorneys and retired judges. The undersigned also finds it difficult to accept the argument that all of the people who are willing to serve as 39.1 mediators are unsatisfactory to all the parties. The parties are directed to try again. If counsel are unable to agree, then each separately represented party may submit a list of two names to the undersigned and the Court will advise counsel who they must contact for conducting the mediation. This needs to be done timely and in accordance with the Scheduling Order. The motion is DENIED.

DATED this 27TH day of August, 2008.

/s/ Karen L. Strombom
Karen L. Strombom
U.S. Magistrate Judge