The Honorable Karen Strombom

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN WASHINGTON

SHIRLEY CRAFT & BILL CRAFT,

    Plaintiffs,

v.

JONATHAN PARSONS and ROSIE PARSONS, and their marital community; 1ST OPTION FINANCE LLC; RICHARD MAYFIELD and VICKI ANN MAYFIELD, and their marital community; F.F.R. ENTERPRIZE LLC; DAVID ALLEN WALDEN and JANE DOE WALDEN and their marital community; WALDEN MORTGAGE, LLC; JOHN TOLER and JANE DOE TOLER and their marital community; and DOE DEFENDANTS 1 through 10 inclusive,

    Defendants.

NO. C07-5652KLS

**STIPULATION AND ORDER OF DISMISSAL OF CLAIMS RELATING TO DEFENDANT DAVID A. WALDEN AND "JANE DOE" WALDEN**

## **STIPULATION**

COMES NOW the Defendants, David A. Walden and "Jane Doe" Walden, and the marital community composed thereof, by and through her attorney, Thomas P. Quinlan of the law firm of Miller, Quinlan & Auter, P.S., Inc.; the Plaintiff, Shirley Craft, by and through her attorneys, Richard D. Brady and Kenneth B. Gorton; and by way of Stipulation, the parties agree that any and all claims and counterclaims herein be and are hereby DISMISSED WITH PREJUDICE, and without award of costs or attorneys' fees to any party.

Dated this _____day of September, 2008.

MILLER, QUINLAN & AUTER, P.S., INC.

**STIPULATION AND ORDER OF DISMISSAL OF CLAIMS** – Page 1

| | |
|---|---|
| 1 | _____ |
| 2 | Thomas P. Quinlan, WSBA #21325<br>Attorney for Defendants |
| 3 | |
| 4 | _____<br>Richard D. Brady WSBA# |
| 5 | Attorney for Plaintiff |
| 6 | _____ |
| 7 | Kenneth B. Gorton WSBA#<br>Attorney for Plaintiff |

## ORDER

THIS MATTER, having coming on the Stipulation of the parties above-named; the Court having reviewed the parties' Stipulation, the comments of counsel as well as being familiar with the records and files herein, it is now, therefore

ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims and Complaint herein against the Defendants, David A. Walden and Jane Doe Walden, and the marital community composed thereof is hereby DISMISSED WITH PREJUDICE, and without award of costs or attorneys fees to any party; it is further,

ORDERED, ADJUDGED AND DECREED that any claims or Counterclaims Defendants, David A. Walden and Jane Doe Walden, and the marital community composed thereof have or may have are hereby DISMISSED WITH PREJUDICE, and without award of costs or attorneys fees to any party;

Dated this 20th day of October, 2008.

_____
Karen L. Strombom
United States Magistrate Judge

**STIPULATION AND ORDER OF DISMISSAL OF CLAIMS** – Page 2

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019   Fax: (253) 564-5007

Presented by:

MILLER, QUINLAN & AUTER, P.S., INC.

_____
Thomas P. Quinlan, WSBA #21325
Attorney for Plaintiff

Approved as to form;
Notice of Presentation waived:

_____
Richard D. Brady WSBA#
Attorney for Plaintiff

_____
Kenneth B. Gorton WSBA#
Attorney for Plaintiff

_____
Justin D. Bristol WSBA#
Attorney for Defendants Parsons, Mayfield
1st Option Finance, FFR Enterprizes

**STIPULATION AND ORDER OF DISMISSAL OF CLAIMS** – Page 3